**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-2497**

---

In Re:  ANDREW CLIFFORD MOORE,

                                                        Debtor.

---

GEORGE E. MCDERMOTT,

                                                        Appellant,

        versus

ANDREW CLIFFORD MOORE,

                                                        Appellee,

        and

OFFICE OF THE UNITED STATES TRUSTEE,

                                                        Party-in-interest.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Marvin J. Garbis, District Judge.  (CA-95-
3904-MJG, BK-88-42746-PM)

---

Submitted:  April 25, 2002              Decided:  May 1, 2002

---

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Janet Marsha Nesse, RILEY & ARTABANE, Washington, D.C., for Appellant.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George E. McDermott appeals from the district court's order denying his motion pursuant to Fed. R. Civ. P. 60(b)(3), to reopen a case in the district court due to fraud. We have reviewed the record and the district court's opinion and find no abuse of discretion and no reversible error. Accordingly, we affirm on the reasoning of the district court. See McDermott v. Moore, Nos. CA-95-3904-MJG; BK-88-42746-PM (D. Md. Nov. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED